IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LIONEL BRIAN DOLPHIN | : | CASE NO. 18-03647 |
| | : | |
| DEBTOR. | : | CHAPTER 13 |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of the Borough of Highspire and index same on the master mailing list.

Respectfully Submitted,

By: /s/ Anna Marie Sossong, Esquire
Anna Marie Sossong, Esquire
Attorney I.D. No. 32808
Johnson Duffie Stewart & Weidner, LLP
301 Market Street
Lemoyne, PA 17043
(717) 761-4540

Date: March 15, 2022