United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03647-HWV |
| Lionel Brian Dolphin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5102264 | BOROUGH OF HIGHSPIRE, 640 ESHELMAN ST, HIGHSPIRE, PA 17034-1698 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5431266 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 03 2022 18:40:58 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anna Marie Sossong | on behalf of Creditor Borough of Highspire asossong@johnsonduffie.com cspurlock@johnsonduffie.com |
| Dorothy L Mott | on behalf of Debtor 1 Lionel Brian Dolphin DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

Janet M. Spears

on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Jerome B Blank

on behalf of Creditor Home Point Financial Corporation pamb@fedphe.com

Kara Katherine Gendron

on behalf of Debtor 1 Lionel Brian Dolphin
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Rebecca Ann Solarz

on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

Robert Joseph Davidow

on behalf of Creditor Home Point Financial Corporation r.davidow@mgplaw.com

Thomas Song

on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LIONEL BRIAN DOLPHIN<br>　　Debtor | CHAPTER 13<br><br>CASE NO. 1:18-bk-03647 |
| LIONEL BRIAN DOLPHIN<br>　　Movant<br><br>v.<br><br>MidFirst Bank, Borough of Highspire,<br>and Jack N. Zaharopoulos, Esquire<br>Trustee<br>　　Respondents | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 121 2nd Street, Highspire, Pa 17034, to Integrity First Home Buyers, LLC for $65,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorney's fees in the amount of $3,500.00 to Mott & Gendron Law.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.

5. Payment in full of Dauphin County Tax Claim Bureau real estate taxes, if any.

6. If there are net proceeds remaining due and owing to Debtor after paying all the costs, fees and liens, set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor, up to the amount of his exemptions in said property, i.e. $23,675.00.

7. Any remaining net proceeds due to the Debtor, after paying all the costs, fees, and liens, set forth in the preceding paragraphs, shall be paid to the Chapter 13 Bankruptcy Trustee, to be applied to the amount due pursuant to Debtor's Plan.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 3, 2022