# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

February 10, 2023

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:  Lionel Brian Dolphin
     BANKRUPTCY CASE NO:1:18-bk-03647

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

703 Hanover Court, Apt C-109
Carlisle, PA 17013


Please remove old addresses from mailing matrix.

121 2nd Street, 1st Floor
Highspire, PA  17034

and

P O Box 42
Highspire, PA  17034


Thank you for your attention to this matter.

Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal