IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LIONEL BRIAN DOLPHIN | : | |
|   Debtor | : | CASE NO. 1:18-bk-03647 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ELECTION TO CONVERT TO CHAPTER 7

    COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire, of Mott & Gendron Law and converts the above-captioned proceeding to Chapter 7 pursuant to Section 1307 of the United States Bankruptcy Code.

    1. This Chapter 13 case has not been converted to Chapter 13 from another chapter of Title 11 U.S.C.
    2. Under 11 U.S.C. 1307(a), the debtor is entitled to have this Chapter 13 case converted at any time, and the debtor, by this motion, requests that such case be converted to Chapter 7.
    3. A copy of this motion has been served on the Chapter 13 trustee serving in this case.

    WHEREFORE, under Bankruptcy Rules 1017(d) and 9013, the debtor respectfully moves this Court to enter an order converting this case to Chapter 7.

    Respectfully submitted,

    s/ Dorothy L. Mott
    Dorothy L. Mott, Esquire
    Attorney ID 43568
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL

/s/ Lionel Brian Dolphin
_____

Lionel Brian Dolphin

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LIONEL BRIAN DOLPHIN | : | |
|   Debtor | : | CASE NO. 1:18-bk-03647 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**O R D E R**

Upon Consideration of the Motion to Convert filed by the Debtor, it is hereby

ORDERED that the Debtor's case is converted to Chapter 7.