IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| LIONEL BRIAN DOLPHIN | : | |
| Debtor | : | CASE NO. 1:18-bk-03647 |

## POST PETITION DEBT LIST

| CREDITOR NAME & ADDRESS | AMOUNT | DATE INCURRED |
|---|---|---|
| Harrisburg Interventional Pain Management<br>825 Sir Thomas Ct A,<br>Harrisburg, PA 17109 | $1,414.00 | 8/2019, 9/2023 |
| COMMERCIAL ACCEPTANCE CO<br>2300 GETTYSBURG RD, STE 102<br>CAMP HILL, PA 17011 | Collecting for Harrisburg Interventional Pain Management | |

/s/ Lionel Brian Dolphin
_____
LIONEL BRIAN DOLPHIN