In re:  
Lionel Brian Dolphin  
    Debtor

Case No. 18-03647-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 26, 2023      Form ID: 309A      Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lionel Brian Dolphin, 703 Hanover Court, Apt C-109, Carlisle, PA 17013-2037 |
| aty | + | Anna Marie Sossong, Johnson Duffie, 301 Market Street, Lemoyne, PA 17043-1671 |
| aty | + | Brian C Nicholas, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Dorothy L Mott, Mott & Gendron Law, 125 State Street, Harrisburg, PA 17101-1025 |
| aty | + | Jerome B Blank, Phelan Hallinan & Schmieg LLP, One Penn Center, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| aty | + | Robert Joseph Davidow, Mason, Griffin & Pierson, PC, 101 Poor Farm Road, Princeton, NJ 08540-1941 |
| aty | + | Thomas Song, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| tr | + | Lawrence V. Young, CGA Law Firm, (Trustee), 135 North George Street, York, PA 17401-1132 |
| ust | + | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | Borough of Highspire, c/o Anna Marie Sossong, Esq., 301 Market Street, Lemoyne, PA 17043-1662 |
| 5102264 | | BOROUGH OF HIGHSPIRE, 640 ESHELMAN ST, HIGHSPIRE, PA 17034-1698 |
| 5105338 | + | Brian W. Carter, Johnson Duffie Stewart & Weidner, 301 Market Street, P.O. Box 109, Lemoyne, PA 17043-0109 |
| 5102272 | + | DAUPHIN COUNTY, FINES & COSTS, 101 MARKET STREET, HARRISBURG, PA 17101-2089 |
| 5102273 | + | DENTAL HEALTH SERVICES, 3550 PAXTON STREET, HARRISBURG, PA 17111-1414 |
| 5102274 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5102275 | + | HOME POINT FINANCIAL CORPORATION, CORRESPONDENCE, PO BOX 77404, EWING, NJ 08628-6404 |
| 5574383 | + | Harrisburg Interventional Pain Management, 825 Sir Thomas Ct A,, Harrisburg, PA 17109-4839 |
| 5104780 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 5102278 | + | KEYSTONE COLLECTIONS GROUP, PO BOX 559, IRWIN, PA 15642-0559 |
| 5142185 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5102282 | + | NCFCU, PO BOX 658, NEW CUMBERLAND, PA 17070-0658 |
| 5102284 | + | PHELAN HALLINAN DIAMOND & JONES, LLP, ONE PENN CTR PLAZA, 1617 JFK BLVD STE 1400, PHILADELPHIA PA 19103-1814 |
| 5102285 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5102288 | + | SEAN DOLPHIN, 6440 SOMERSET STREET, HARRISBURG, PA 17111-4375 |
| 5158974 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Oct 26 2023 18:42:00 | Janet M. Spears, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Ste 725, San Diego, CA 92108-1619 |
| aty | Email/Text: karagendron@gmail.com | Oct 26 2023 18:42:00 | Kara Katherine Gendron, Mott & Gendron Law, 125 State Street, Harrisburg, PA 17101 |
| 5102265 | EDI: CAPITALONE.COM | Oct 26 2023 22:43:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5102267 | + EDI: COMCASTCBLCENT | Oct 26 2023 22:43:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 5102268 | EDI: PENNDEPTREV | Oct 26 2023 22:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5102268 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5574382 + | Email/Text: dylan.succa@commercialacceptance.net | Oct 26 2023 18:42:00 | COMMERCIAL ACCEPTANCE CO., 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5102270 | EDI: CRFRSTNA.COM | Oct 26 2023 22:43:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5102271 | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 18:47:27 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5121792 | EDI: CAPITALONE.COM | Oct 26 2023 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5102269 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 26 2023 18:42:00 | COMMONWEALTH OF PA, BUREAU OF UC BENEFITS/ALLOWANCES, PO BOX 67503, HARRISBURG, PA 17106 |
| 5102292 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 26 2023 18:42:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5129490 | EDI: Q3G.COM | Oct 26 2023 22:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5180089 | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2023 18:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5180090 | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2023 18:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5117853 | Email/Text: bankruptcy@homepointfinancial.com | Oct 26 2023 18:42:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 5102276 | EDI: IRS.COM | Oct 26 2023 22:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5102266 | Email/Text: info@pamd13trustee.com | Oct 26 2023 18:42:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5127810 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 18:47:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5431267 + | EDI: AISMIDFIRST | Oct 26 2023 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5431266 + | EDI: AISMIDFIRST | Oct 26 2023 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5102280 + | Email/Text: Bankruptcies@nragroup.com | Oct 26 2023 18:43:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5121987 | EDI: NAVIENTFKASMSERV.COM | Oct 26 2023 22:43:00 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5102281 + | EDI: NAVIENTFKASMSERV.COM | Oct 26 2023 22:43:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5102283 + | Email/Text: bncnotifications@pheaa.org | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2023 18:42:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 5129029 | | EDI: PRA.COM | Oct 26 2023 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5102285 | ^ | MEBN | Oct 26 2023 18:39:57 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5103492 | + | EDI: RECOVERYCORP.COM | Oct 26 2023 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5108836 | | EDI: PENNDEPTREV | Oct 26 2023 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5108836 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5102286 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 26 2023 18:43:00 | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 5102287 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 26 2023 18:43:00 | RMP, PO BOX 329, TEMPLE, PA 19560-0329 |
| 5102289 | + | Email/Text: bankruptcy@homepointfinancial.com | Oct 26 2023 18:42:00 | STONE GATE MORTGAGE, CARE OF HOME POINT FINANCIAL CORP, 11511 LUNA RD., STE 300, FARMERS BRANCH TX 75234-6449 |
| 5102290 | + | EDI: RMSC.COM | Oct 26 2023 22:43:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5102293 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 26 2023 18:42:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5521562 | + | Email/Text: EBN@edfinancial.com | Oct 26 2023 18:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5102294 | + | EDI: USAA.COM | Oct 26 2023 22:43:00 | USAA SAVINGS BANK, 10750 MCDERMOTT PWY FWY, SAN ANTONIO, TX 78288-1600 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5102291 | | TENANTS |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5102277 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5102279 | ##+ | LEFFLER ENERGY, 15 MOUNT JOY ST, PO BOX 302, MOUNT JOY, PA 17552-0302 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Oct 26, 2023 | Form ID: 309A | Total Noticed: 59 |

Date: Oct 28, 2023　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anna Marie Sossong | on behalf of Creditor Borough of Highspire asossong@johnsonduffie.com cspurlock@johnsonduffie.com |
| Brian C Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Lionel Brian Dolphin DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Home Point Financial Corporation pamb@fedphe.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Lionel Brian Dolphin karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Robert Joseph Davidow | on behalf of Creditor Home Point Financial Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lionel Brian Dolphin<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0338<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  8/31/18 |
| Case number: | 1:18–bk–03647–HWV | Date case converted to chapter: | 7  10/26/23 |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lionel Brian Dolphin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 703 Hanover Court, Apt C–109<br>Carlisle, PA 17013 | |
| 4. | **Debtor's attorney**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101 | Contact phone 717 232–6650<br>Email: karagendron@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young<br>CGA Law Firm<br>(Trustee)<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br>Email: lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| Debtor **Lionel Brian Dolphin** | | Case number **1:18−bk−03647−HWV** |
|---|---|---|

| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901−2800 <br><br> Date: 10/26/23 |
|---|---|---|---|
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 29, 2023 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> ***Valid photo identification and proof of social security number are required*** | Location: <br><br> Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 402 683 1766, Click on Join using passcode 7248498808, or call 1−267−552−4740 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/28/24** |
|  |  | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**