United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lionel Brian Dolphin  
    Debtor

Case No. 18-03647-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Feb 13, 2024      Form ID: 318      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lionel Brian Dolphin, 703 Hanover Court, Apt C-109, Carlisle, PA 17013-2037 |
| cr | + | Borough of Highspire, c/o Anna Marie Sossong, Esq., 301 Market Street, Lemoyne, PA 17043-1662 |
| 5102264 | | BOROUGH OF HIGHSPIRE, 640 ESHELMAN ST, HIGHSPIRE, PA 17034-1698 |
| 5105338 | + | Brian W. Carter, Johnson Duffie Stewart & Weidner, 301 Market Street, P.O. Box 109, Lemoyne, PA 17043-0109 |
| 5102272 | + | DAUPHIN COUNTY, FINES & COSTS, 101 MARKET STREET, HARRISBURG, PA 17101-2089 |
| 5102273 | + | DENTAL HEALTH SERVICES, 3550 PAXTON STREET, HARRISBURG, PA 17111-1414 |
| 5102274 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5102275 | + | HOME POINT FINANCIAL CORPORATION, CORRESPONDENCE, PO BOX 77404, EWING, NJ 08628-6404 |
| 5574383 | + | Harrisburg Interventional Pain Management, 825 Sir Thomas Ct A,, Harrisburg, PA 17109-4839 |
| 5104780 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 5102278 | + | KEYSTONE COLLECTIONS GROUP, PO BOX 559, IRWIN, PA 15642-0559 |
| 5142185 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5102282 | + | NCFCU, PO BOX 658, NEW CUMBERLAND, PA 17070-0658 |
| 5102284 | + | PHELAN HALLINAN DIAMOND & JONES, LLP, ONE PENN CTR PLAZA, 1617 JFK BLVD STE 1400, PHILADELPHIA PA 19103-1814 |
| 5102288 | + | SEAN DOLPHIN, 6440 SOMERSET STREET, HARRISBURG, PA 17111-4375 |
| 5158974 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5102265 | | EDI: CAPITALONE.COM | Feb 13 2024 23:40:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5102267 | + | EDI: COMCASTCBLCENT | Feb 13 2024 23:40:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 5102268 | | EDI: PENNDEPTREV | Feb 13 2024 23:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5102268 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2024 18:42:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5574382 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 13 2024 18:42:00 | COMMERCIAL ACCEPTANCE CO., 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5102270 | | EDI: CRFRSTNA.COM | Feb 13 2024 23:40:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5102271 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2024 18:46:17 | CREDITONE BANK, CUSTOMER BILLING |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5121792 | | EDI: CAPITALONE.COM | Feb 13 2024 23:40:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5102269 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 13 2024 18:42:00 | COMMONWEALTH OF PA, BUREAU OF UC BENEFITS/ALLOWANCES, PO BOX 67503, HARRISBURG, PA 17106 |
| 5102292 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 13 2024 18:42:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5129490 | | EDI: Q3G.COM | Feb 13 2024 23:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5180089 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2024 18:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5180090 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2024 18:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5117853 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 18:42:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 5102276 | | EDI: IRS.COM | Feb 13 2024 23:40:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5102266 | | Email/Text: info@pamd13trustee.com | Feb 13 2024 18:42:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5142185 | + | Email/Text: Bankruptcy@keystonecollects.com | Feb 13 2024 18:42:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5127810 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 18:46:08 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5431267 | + | EDI: AISMIDFIRST | Feb 13 2024 23:40:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5431266 | + | EDI: AISMIDFIRST | Feb 13 2024 23:40:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5102280 | + | Email/Text: Bankruptcies@nragroup.com | Feb 13 2024 18:42:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5121987 | | EDI: NAVIENTFKASMSERV.COM | Feb 13 2024 23:40:00 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5102281 | + | EDI: NAVIENTFKASMSERV.COM | Feb 13 2024 23:40:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5102283 | + | Email/Text: bncnotifications@pheaa.org | Feb 13 2024 18:42:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 5129029 | | EDI: PRA.COM | Feb 13 2024 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5102285 | ^ | MEBN | Feb 13 2024 18:38:18 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5103492 | + | EDI: PRA.COM | Feb 13 2024 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5108836 | | EDI: PENNDEPTREV | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 13 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5108836 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2024 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5102286 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 13 2024 18:42:00 | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 5102287 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 13 2024 18:42:00 | RMP, PO BOX 329, TEMPLE, PA 19560-0329 |
| 5102289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 18:42:00 | STONE GATE MORTGAGE, CARE OF HOME POINT FINANCIAL CORP, 11511 LUNA RD., STE 300, FARMERS BRANCH TX 75234-6449 |
| 5102290 | + | EDI: SYNC | Feb 13 2024 23:40:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5102293 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 13 2024 18:42:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5521562 | + | Email/Text: EBN@edfinancial.com | Feb 13 2024 18:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5102294 | + | EDI: USAA.COM | Feb 13 2024 23:40:00 | USAA SAVINGS BANK, 10750 MCDERMOTT PWY FWY, SAN ANTONIO, TX 78288-1600 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5102291 | | TENANTS |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5102277 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5102279 | ##+ | LEFFLER ENERGY, 15 MOUNT JOY ST, PO BOX 302, MOUNT JOY, PA 17552-0302 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

**Name**      **Email Address**

| | |
|---|---|
| Anna Marie Sossong | on behalf of Creditor Borough of Highspire asossong@johnsonduffie.com cspurlock@johnsonduffie.com |
| Dorothy L Mott | on behalf of Debtor 1 Lionel Brian Dolphin DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Home Point Financial Corporation pamb@fedphe.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Lionel Brian Dolphin karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Home Point Financial Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | |
|---|---|
| Debtor 1: Lionel Brian Dolphin | Social Security number or ITIN: xxx–xx–0338<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:18-bk-03647-HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lionel Brian Dolphin

2/13/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2