United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                     Case No. 18-03647-HWV
Lionel Brian Dolphin                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                 Page 1 of 2
Date Rcvd: Feb 13, 2024                          Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

**Recip ID                Recipient Name and Address**
db                    + Lionel Brian Dolphin, 703 Hanover Court, Apt C-109, Carlisle, PA 17013-2037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024                                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anna Marie Sossong | on behalf of Creditor Borough of Highspire asossong@johnsonduffie.com cspurlock@johnsonduffie.com |
| Dorothy L Mott | on behalf of Debtor 1 Lionel Brian Dolphin DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Home Point Financial Corporation pamb@fedphe.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Lionel Brian Dolphin karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai |

l.com;MottGendronLaw@jubileebk.net

Lawrence V. Young

lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com

Michael Patrick Farrington

on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com

Robert Joseph Davidow

on behalf of Creditor Home Point Financial Corporation r.davidow@mgplaw.com

Thomas Song

on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lionel Brian Dolphin,  Chapter 7

**Debtor 1**

Case No. 1:18−bk−03647−HWV

Social Security No.:
xxx−xx−0338

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 13, 2024

**fnldec** (01/22)